IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ARTHUR AVERY,

       Appellant,

 v.                                     Case No.    5D22-2154
                                               LT Case No. 2012-CF-8523

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed December 20, 2022


3.800 Appeal from the Circuit Court
for Orange County,
Renee A. Roche, Judge.

Arthur Avery, Daytona Beach, pro se.

Ashley Moody, Attorney General,
Tallahassee, and  Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.

SASSO, TRAVER and NARDELLA, JJ., concur.